**2006-0722. Cincinnati Ins. Co. v. CPS Holdings, Inc.**

Cuyahoga App. Nos. 85967 and 85969, 2006-Ohio-713. Discretionary appeal of Cincinnati Insurance Company accepted on Proposition of Law No. I.

Resnick, Lundberg Stratton and O'Donnell, JJ., would also accept the appeal of Cincinnati Insurance Company on all other Propositions of Law.

Moyer, C.J., Pfeifer and Lanzinger, JJ., dissent.

Discretionary appeal of Gulf Insurance Company not accepted.

Resnick, Lundberg Stratton and O'Donnell, JJ., dissent.

**2006-0780. Bowling Green v. Chasteen.**

Wood App. No. WD–05–079. Discretionary appeal accepted; cause held for the decision in 2005–1363 and 2005–1560, *Bowling Green v. Godwin,* Wood App. No. WD–04–094, 2005-Ohio-3204; cause consolidated with 2006–0841, *Bowling Green v. Chasteen,* Wood App. No. WD–05–079; and briefing schedule stayed.

**2006-0826. State v. Davis.**

Marion App. No. 9–05–34, 2006-Ohio-1141.

Pfeifer, O'Connor and Lanzinger, JJ., dissent.